Daniel R. Levy, Esq.
David S. Mordkoff, Esq.
EPSTEIN BECKER & GREEN, P.C.
One Gateway Center, 13th Floor
Newark, New Jersey 07102-5311
Tel: (973) 642-1900
Fax: (973) 642-0099
*Attorneys for Plaintiff*
*Hair Zone, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| HAIR ZONE, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOON HAN BAE (a/k/a CLINTON BAE); DAE DO INC. (d/b/a VIVACE); JOHN DOES 1-5; and ABC CORPS. 1-5, <br><br> Defendants. | Civil Action No. 2:23-cv-03598 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned enters an appearance as counsel for Plaintiff, Hair Zone, Inc. in the above-captioned action. Please direct all correspondence and notices accordingly.

Dated: July 10, 2023

                                          EPSTEIN BECKER & GREEN, P.C.
                                          Attorneys for Plaintiff Hair Zone, Inc.

                                          By:     */s/ David S. Mordkoff*
                                                         David S. Mordkoff, Esq.
                                                         One Gateway Center, 13th Floor
                                                         Newark, NJ 07102
                                                         (973) 642-1900 (phone)
                                                         (973) 642-0099 (fax)
                                                         dmordkoff@ebglaw.com

FIRM:59219240v1