

Attorneys at Law

Daniel R. Levy
t: 973.639.8292
DLevy@ebglaw.com

July 13, 2023

**Via ECF**
Hon. Esther Salas, U.S.D.J.
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey  07101

  **Re:** **Hair Zone, Inc. v. Bae, et al.,**
     **Civil Action No. 2:23-cv-03598-ES-AME**

Dear Judge Salas:

  This firm represents plaintiff Hair Zone, Inc. ("Hair Zone") in the above-referenced matter. Consistent with the agreement of the parties and as stated on the record during the July 11 hearing, Hair Zone hereby withdraws its application for a temporary restraining order and preliminary injunction without prejudice.

  We thank the Court for its attention to this matter.

              Respectfully Submitted,

              *s/ Daniel R. Levy*

              Daniel R. Levy

cc: All Counsel of Record, via ECF

Epstein Becker & Green, P.C.  |  One Gateway Center, 13th Floor  |  Newark, NJ  07102-5311  |  t  973.642.1900  |  f  973.642.0099  |  ebglaw.com

FIRM:59240092v1