# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

## Minutes of Proceedings

**Judge:** Esther Salas       Date: July 11, 2023

Court Reporter: Laurie Engemann

Deputy Clerk: Elisaveta Kalluci      Docket # **CV. 23-3598(ES-AME)**

     # **CV. 23-3614(ES-AME)**

**Title of Case:**

HAIR ZONE, INC. v. BAE et al

SUN TAIYANG CO., LTD. v. DAE DO INC. et al

**Appearances:**

Daniel Levy, Esq., and David Mordkoff, Esq., for plaintiffs.
Vincent Avallone, Esq., and Joshua Rinschler, Esq., for defendants.

**Nature of Proceedings:**      SHOW CAUSE HEARING

Defendants present.
Oral arguments heard.
Counsel requested an opportunity from the Court to try to resolve their pending application for a temporary restraining order.
The Court in recess at 1:45 pm.
The Court was back on the record at 3:15 pm.
Counsel advised the Court that they reached out a resolution and requested the pending TRO and PI hearing be adjourned without a date.
Ordered counsel's request GRANTED.
Ordered counsel to finalize their agreement and advise the Court.

Time Commenced: 1:30 p.m.
Time Adjourned: 1:45 p.m.
Time Commenced: 3:15 p.m.
Time Adjourned: 3:30 p.m.
Total Time: 30 Min.

     Elisaveta Kalluci

     Deputy Clerk