

**EPSTEIN
BECKER
GREEN**

Attorneys at Law

Daniel R. Levy
t: 973.639.8292
DLevy@ebglaw.com

July 13, 2023

<u>Via ECF</u>
Hon. Esther Salas, U.S.D.J.
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    <u>Hair Zone, Inc. v. Bae, et al.,
                Civil Action No. 2:23-cv-03598-ES-AME</u>

Dear Judge Salas:

      This firm represents plaintiff Hair Zone, Inc. ("Hair Zone") in the above-referenced matter. Consistent with the agreement of the parties and as stated on the record during the July 11 hearing, Hair Zone hereby withdraws its application for a temporary restraining order and preliminary injunction without prejudice.

      We thank the Court for its attention to this matter.

                                Respectfully Submitted,

                                <u>s/ Daniel R. Levy</u>

                                Daniel R. Levy

cc:    All Counsel of Record, via ECF              **SO ORDERED.**

                                                      The Clerk of the Court is directed to
                                                      TERMINATE Docket Entry number 3.

                                                      Hon. Esther Salas, U.S.D.J.
                                                      **Dated:** July 17, 2023

Epstein Becker & Green, P.C. | One Gateway Center, 13th Floor | Newark, NJ 07102-5311 | t 973.642.1900 | f 973.642.0099 | ebglaw.com

FIRM:59240092v1