

**EPSTEIN BECKER GREEN**

Attorneys at Law

Daniel R. Levy
t 973.639.8292
f 973.639.8922
DLevy@ebglaw.com

SO ORDERED.

_____
Hon. Esther Salas, U.S.D.J.
Dated: August 12, 2024

<u>Via ECF</u>                                                                                        August 9, 2024

Hon. Esther Salas, U.S.D.J.
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey  07101

      Re:    Hair Zone, Inc. v. Bae, et al.,
              <u>Civil Action No. 2:23-cv-03598-ES-AME</u>

              Sun Taiyang Co., Ltd. v. Dae Do Inc., et al,
              <u>Civil Action No. 2:23-cv-03614-ES-AME</u>

Dear Judge Salas:

      Epstein Becker & Green, P.C. represents Plaintiffs in both of the above-titled cases. We write on behalf of all parties in these cases with the permission of counsel for Defendants. We write to submit the following update per the Court's prior orders.

      As stated in the parties' prior updates to the Court, the parties agreed on a process and protocol to conduct voluntary discovery and retained a neutral forensic services firm ("Expert") to assist in the process. The Expert completed collection and processing from agreed-upon custodians and sources. The parties completed their review of the documents are in the process of conducting remediation and some further investigation. The parties are moving expeditiously to complete this process as soon as practicable.

      The parties respectfully request that the Court maintain the stay in this case for at least another 60 days, at which time the parties will again provide an update to the Court on a potential resolution or next steps.

      We thank the Court for its attention to this matter.

                                                      Respectfully Submitted,

                                                      <u>s/ Daniel R. Levy</u>
                                                      Daniel R. Levy

cc: All Counsel of Record, via ECF

Epstein Becker & Green, P.C.  |  One Gateway Center, 13th Floor  |  Newark, NJ  07102-5311  |  t  973.642.1900  |  f  973.642.0099  |  ebglaw.com

FIRM:65237827